```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                     EASTERN DIVISION

                     No. 4:12-CR-58-2H
                     No. 4:16-CV-92-H
```

JULIUS DESHAWN HOBBS,                )
    Petitioner,                      )
                                     )
    v.                               )    **ORDER**
                                     )
                                     )
UNITED STATES OF AMERICA,            )
    Respondent.                      )


    This matter is before the court on petitioner's motion to vacate pursuant to 28 U.S.C. § 2255, [DE #107]. This matter was stayed pending the Fourth Circuit's resolution of United States v. Walker, 2019 WL 3756052, __ F.3d __ (4th Cir. 2019), and United States v. Simms, 914 F.3d 229 (4th Cir. 2019). [DE #123]. In light of the Supreme Court's resolution of United States v. Davis, 139 S. Ct. 2319 (2019), the stay is hereby lifted.

    Petitioner is directed to file a supplement, or other appropriate filing or motion, to the § 2255 motion to vacate within twenty-one (21) days of this order. The government shall then have twenty-one (21) days to file a response, if appropriate. In the event the parties agree petitioner is entitled to § 2255

relief, they may file a joint response within twenty-one (21) days of this order, addressing the appropriate remedy in this action.

This 20th day of August 2019.

                                              Malcolm J. Howard
                                              Senior United States District Judge

At Greenville, NC
#35